UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOSEPH SOLOMON BROWN,          )
                              )
            Petitioner,        )    No. EDCV 11-0355 JVS (AJW)
                              )
      v.                       )
                              )    ORDER ADOPTING REPORT AND
DERRICK L. OLLISON, WARDEN,    )    RECOMMENDATION OF
                              )    MAGISTRATE JUDGE
            Respondents.       )
_____)

     The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

     DATED: April 12, 2011

                                   _____
                                   James V. Selna
                                   United States District Judge