UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH SOLOMAN BROWN, | Case No. EDCV 11-0355-JVS (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DERRICK L. OLLISON, WARDEN, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: April 12, 2011

_____
James V. Selna
United States District Judge